# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
SAF, Inc.                                            )   ASBCA No. 63484
                                                     )
Under Contract No. W91237-20-D-0001                  )
              T.O. W91237-20-F-0408                  )

APPEARANCES FOR THE APPELLANT:        Christopher W. St. Marie, Esq.
                                      Aaron S. Evenchik, Esq.
                                        Hahn Loeser & Parks LLP
                                        Cleveland, OH

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Willie J. Williams, Esq.
                                      Nathan P. Austrian, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Huntington

## ORDER OF DISMISSAL

By correspondence dated September 22, 2023, appellant requested that this appeal be dismissed with prejudice. The government has indicated that it does not object. Accordingly, the appeal is dismissed with prejudice.

Dated: October 3, 2023

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63484, Appeal of SAF, Inc., rendered in conformance with the Board's Charter.

Dated: October 3, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals